The document below is hereby signed.

Signed: June 18, 2013



_S. Martin Teel, Jr._
_S. Martin Teel, Jr._
United States Bankruptcy Judge

```
            UNITED STATES BANKRUPTCY COURT
             FOR THE DISTRICT OF COLUMBIA
```

```
In re                            )
                                 )
JOHNNY ANDREW MOORE, SR. and     )  Case No. 10-00515
MARIA FORD MOORE,                )     (Chapter 7)
                                 )
              Debtors.           )
                                 )
_____  )
                                 )
JUDY A. ROBBINS, UNITED          )
STATES TRUSTEE FOR REGION 4,     )
                                 )
              Plaintiff,         )
                                 )  Adversary Proceeding
        v.                       )  No. 12-10036
                                 )
JOHNNY ANDREW MOORE, SR. and     )
MARIA FORD MOORE,                )
                                 )
              Defendants.        )
```

RULING RE MOTION FOR FINDINGS OF FACT CONCLUSION OF LAW

The defendants' *Motion for Findings of Fact Conclusion of Law* will be denied. The order dismissing the counterclaims indicated that the counterclaims (filed long after the final pretrial order was entered) were untimely, and no further explanation of why the counterclaims were dismissed is necessary.

[Signed and dated above.]

Copies to:  All counsel of record (including the defendants, who are acting as their own counsel).